# IN THE UNITED STATES DISTRICT COURT
## For The
## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No. 6:23-mj-20-HBK |
| Plaintiff, ) | |
| v. ) | **DEFENDANT'S STATUS REPORT ON UNSUPERVISED PROBATION** |
| KATHLEEN MORRIS, ) | |
| Defendant. ) | |

PURSUANT to an order of this Court the Defendant hereby submits its status report on unsupervised probation:

**Convicted of:** 36 C.F.R. §§ 2.35(c), 2.32

**Sentence Date:** December 12, 2023

**Review Hearing Date:** December 10, 2024

**Probation Expires On:** December 12, 2025

## CONDITIONS OF UNSUPERVISED PROBATION:

☒ **Obey all federal, state and local laws**; and

☒ **Monetary Fines & Penalties in Total Amount of:** $1,020 which Total Amount is made up of a Fine: $ 1000 Special Assessment: $ 20 Processing Fee: $ Choose an item. Restitution: $

☐ Payment schedule of $         per month by the         of each month.

☒ **Community Service hours Imposed of:** 20

☒ **Other Conditions:** ban from Yosemite National Park for duration of probation

## DEFENSE POSITION:

☒ To date, Defendant has paid a total of $ 1,020
  ☐ If not paid in full when was last time payment:  Date: Click here to enter a date.
                                                     Amount: $

☒ To date, Defendant has performed 20 hours of community service.

☒ Compliance with Other Conditions of Probation:  Ms. Morris has abstained from entering Yosemite National Park.

## GOVERNMENT POSITION:

☒ The Government agrees to the above-described compliance.

☒ Defendant has complied with and completed <u>all</u> conditions of probation described-above.

☐ Defendant has not been arrested, cited or charged with any federal, state or local criminal offenses since being placed on probation by this Court.

CAED (Fresno)- Misd. 6 (Rev. 11/2014)

If so, describe arrest/charge/citation (location, court, date & offense): Click here to enter text.

☐ The Government disagrees with the following area(s) of compliance:

Government Attorney: *Arin Heinz*
   Assistant United States Attorney

***DEFENDANT'S REQUEST (OPTIONAL):***

In light of the information detailed in this status report, the defendant moves for the following:

☒ that the review hearing set for 10/7/2025 at   Choose an item.

☐ be continued to Click here to enter a date. at 10:00 a.m.; or

☒ be vacated.

☒ that Defendant's probation be terminated. The government does not oppose this request.

DATED: 9/24/2025           */s/ Lisa N. Lumeya*
                 DEFENDANT'S COUNSEL

# O R D E R

The Court having considered the defendant's request,

**IT IS HEREBY ORDERED** that the Defendant's request is:

☒   GRANTED. The Court VACATES the Review Hearing scheduled for October 7, 2025 and pursuant to 18 U.S.C. 3564(c), the Court terminates Defendant's probation and discharges Defendant effective the date of this Order. The Clerk is directed to CLOSE this case.

☐   DENIED.

DONE AND ORDERED:

Dated:   September 27, 2025

HELENA M. BARCH-KUCHTA
UNITED STATES MAGISTRATE JUDGE